## MAUREEN J. KHAN *v.* JONATHAN K. HILLYER

The plaintiff's petition for certification for appeal from the Appellate Court (AC 30769) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the appeal from the trial court's order of contempt?"

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18450.

*John F. Geida*, in support of the petition.

Decided September 17, 2009

## RONALD LABOW ET AL. *v.* MYRNA LABOW*

The defendant's petition for certification for appeal from the Appellate Court (AC 30888) is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Myrna LaBow*, pro se, in support of the petition.

*Stewart I. Edelstein* and *Barbara M. Schellenberg*, in opposition.

Decided September 17, 2009

---

* The defendant's motion for reconsideration was granted on February 25, 2010.